```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   ANGELA WAHAB,                                         :
                                                         :
                              Plaintiff,                 :
                                                         :        24-CV-1395 (VSB)
                  -against-                              :
                                                         :              ORDER
   THE GARDENER CHEESE COMPANY,                          :
   INC.,                                                 :
                                                         :
                              Defendants.                :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

A telephonic conference in this matter is scheduled for December 19, 2024 at 2:00 pm. The parties are advised that the Court's former dial-in number is no longer in service. The new dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated: December 12, 2024
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge