

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 18, 2024

**Via CM/ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York

RE:   *Wahab v. The Gardener Cheese Company, Inc.*
      1:24-cv-01395-VSB

Dear Judge Broderick:

I represent Plaintiff in the above-referenced matter, and write with Defendant's gracious consent to respectfully request that the status conference recently scheduled for December 19, at 11:00 am be adjourned because it conflicts with an initial conference on another matter before Magistrate Judge Robyn F. Tarnofsky, also at 11:00 am.

I further ask that the conference not be scheduled for December 30, so as not to conflict with a memorial service for a family member.

By way of update, Plaintiff is in the process of responding to Defendant's discovery requests, with the goal of serving the responses by early next week.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

The post-discovery conference currently scheduled for December 19, 2024 at 11:00 am is hereby adjourned to December 27, 2024 at 10:00 am.

Dated: December 18, 2024

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.