```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ANGELA WAHAB,                                              :
                                                           :
                          Plaintiff,                       :
                                                           :     24-CV-1395 (VSB)
                                                           :
             - against -                                   :         ORDER
                                                           :
                                                           :
THE GARDENER CHEESE COMPANY,                               :
INC.,                                                      :
                                                           :
                          Defendant.                       :
                                                           :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 27, 2024, I held a telephonic conference with the parties to this action. In accordance with my remarks at the conference, the parties are directed to meet and confer. By January 3, 2025, the parties are directed to submit a joint letter outlining (i) whether the parties anticipate conducting additional discovery, and if so, an amended Case Management Plan and scheduling order; (ii) whether the parties would like to be referred to a Magistrate Judge to conduct a settlement conference; and (iii) whether the parties anticipate any imminent briefing, and if so, a schedule for that briefing.

SO ORDERED.

Dated: December 27, 2024
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge