UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Angela Wahab,

                Plaintiff,

    -against-

The Gardener Cheese Company, Inc.,

                Defendant.

24cv1395 (ALC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's deposition shall take place on or before **January 31, 2025.** Plaintiff's expert report shall be due on or before **February 21, 2025.** Defendant's expert report shall be due on or before **March 14, 2025.** Expert depositions shall take place between **March 17, 2025** and **March 28, 2025.** Depositions may be held by videoconference. The parties shall provide weekly joint updates on the status of discovery beginning on **January 17, 2025.** In the **January 24, 2025** status update, the parties shall inform the Court whether they would prefer to have a settlement conference before the undersigned or a referral to Court-annexed mediation.

DATED:  January 13, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge